Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARKIL LIONKINGZULU<br>formerly known as<br>ARKIL JOHNSON | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 12-CV-845-A |

v.

PAUL JAYNE, ET AL

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:    that for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation the defendants' motion for summary judgment is granted to the extent that it seeks dismissal for failure to exhaust administrative remedies. Plaintiff's motion for leave to file an amended complaint is denied.

Date: August 29, 2016            MARY C. LOEWENGUTH
                                 CLERK OF COURT

                                 By: s/K.McMillan
                                     Deputy Clerk